JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Fleet XL, Inc..

Plaintiff,

vs.

Aslan Towing Inc., et al.,

Defendants.

Case 5:25-cv-2762-JGB-MAR

*Honorable Jesus G. Bernal*

**JUDGMENT**

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of Plaintiffs' Motion for Default Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment is **GRANTED.**
2. Final judgment be **ENTERED** in favor of Plaintiff against Defendant.
3. Defendant is **ORDERED** to pay damages in the amount of $69,900.
4. Plaintiff is **ORDERED** to mail a copy of this order and the judgment concurrently filed therewith to Defendant. Plaintiff shall file a proof of service with the Court within ten days of the date of this Order.
5. The Clerk of the Court is **DIRECTED** to close the case. The Court shall retain jurisdiction for the sole purpose of enforcing this Order.

**IT IS SO ORDERED.**

Dated: September 2, 2026

Honorable Jesus G. Bernal
United States District Judge